# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
## 04CR 70-1 (MJD)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                      **ORDER**

Larry Gene Vinje,

        Defendant.

_____
___

Thomas B. Heffelfinger, United States Attorney, by Andrew Winter, Assistant United States Attorney, Minneapolis, Minnesota for the Plaintiff.

Phillip S. Resnick, Minneapolis, Minnesota for the Defendant.

The above-entitled matter is before the court for an Order allowing Defendant an additional 60 days in which to surrender himself for service of the sentence imposed on February 10, 2005.

This request is based upon the following facts:

1. That Defendant's Girlfriend of four years, Tara Hester, had the Defendant's baby on June 28, 2005. Defendant and Ms. Hester currently live with Defendant's mother; Ms. Hester's family live in California. Ms. Hester cannot return to work until September and Defendant would like to support her financially through that time.

2. That USPO David Drake has no objections to Defendant being allowed to remain out-of-custody for the additional time requested; and

3. That AUSA Andrew Winter has no objections to Defendant being allowed to remain out of custody for the additional time requested.

The above matter will be presented and determined by the court without hearing.

Accordingly,

IT IS ORDERED That the request of the Defendant for an additional 60 days in which to surrender himself for service of the sentence imposed on February 10, 2005, is hereby granted.

Defendant shall be allowed to surrender himself on September 14, 2005, to the institution designated or if no institution has been designated by that time, Defendant shall surrender to the office of the U.S. Marshal in Minneapolis, Minnesota by 12:00 p.m. on September 14, 2005.

DATED:  July 11, 2005                                s/ Michael J. Davis
                                                     Michael J. Davis, Judge
                                                     United States District Court
                                                     for the District of Minnesota